UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE PETITION OF
MARZUQ AL-HAKIM              Case No.: 8:18-mc-106-T-30AAS

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 17). Mr. Al-Hakim filed an objection to the Report and Recommendation (Dkt. 18).

After careful consideration of the Report and Recommendation of the Magistrate Judge and Mr. Al-Hakim's objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 17) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Mr. Al-Hakim's request to proceed *in forma pauperis* on appeal (Dkt. 15) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of May, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record